FILED
United States District Court
Albuquerque, New Mexico
Erik Paltrow
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

Plaintiff,

vs. 25-cr-113-KG-2

DONALD BENALLY,

Defendant.

**ORDER**

THIS MATTER having come before the Court on the Unopposed Motion to Modify Conditions of Release of Donald Benally ("Mr. Benally") and this Court being otherwise fully advised in the premises finds that the motion is well-taken and shall be granted. Therefore, it is hereby,

ORDERED that Mr. Benally's third-party custodianship be transferred from La Pasada Halfway House to Veterans Integration Centers where he shall reside.

FURTHER ORDERED that all other conditions of Mr. Benally's Release Order (Doc. 51) remain in full effect.

Jennifer M. Rozzoni

U.S. MAGISTRATE JUDGE